UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re FELIX HIGHTOWER,            No. C 10-0133 PJH (PR)

        Plaintiff.                      **ORDER OF DISMISSAL**

This case was opened when plaintiff wrote to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

No response has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 2, 2010.

                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge

P:\PRO-SE\PJH\CR.10\HIGHTOWER0133.DSM-IFP.wpd