UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE FELIX HIGHTOWER,            Case Number: CV10-00133 PJH

    Plaintiff,                      **CERTIFICATE OF SERVICE**

_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Hightower
H-89534, A6-132L
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: March 2, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk